IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATO INSTITUTE,<br><br>*Plaintiff*,<br><br>vs.<br><br>PRIVACY AND CIVIL LIBERTIES OVERSIGHT BOARD,<br><br>*Defendant*. | Case No. 1:21-cv-715-EGS |

**JOINT MEET-AND-CONFER REPORT**

The parties, by and through their undersigned counsel, respectfully submit the following report in compliance with the Court's June 2, 2021 minute order.

This case arises under the Freedom of Information Act (FOIA). The FOIA request at issue seeks from Defendant, the Privacy and Civil Liberties Oversight Board, the following three categories of records:

1. Any Board reports issued on federal department and agency activities conducted pursuant to Executive Order 12333, as amended;

2. Any correspondence in any form to or from the Board regarding alleged or actual violations of laws, regulations, or executive orders by any federal department or agency under the purview of the Board;

3. Any correspondence in any form to or from the Board regarding refusals by any federal department or agency to provide information requested by the Board pursuant to its statutory oversight mission.

As to Categories 1 and 3, Defendant conducted a search and found responsive records, which it withheld as exempt in full. As to Category 2, Defendant has conducted a search and gathered the responsive records. Defendant is currently in the process of consulting with other agencies with equities in the records to determine what records, if any, are releasable in whole or in part.

Undersigned counsel have met and conferred to discuss this case. Given that this case arises under the FOIA, the parties agree that, pursuant to Local Rule 16.3(b)(10), the requirements of Local Rule 16.3 and of Federal Rules of Civil Procedure 16(b) and 26(f) do not apply in this

- 2 -

case.  And because Defendant is still working to produce any responsive, non-exempt records, the parties are not yet in a position to determine whether there will be summary judgment briefing or to propose a summary judgment briefing schedule.

The parties respectfully propose that they submit a joint status report to the Court within 45 days, *i.e.*, by August 16, 2021, at which time they will update the Court on the status of Defendant's processing of Plaintiff's FOIA request and propose a schedule for further proceedings, if necessary.  A proposed order to this effect is enclosed with this filing.

Dated:  July 2, 2021

Respectfully submitted,

/s/ *Matthew Topic*
Matthew Topic, IL0037
Joshua Burday, IL0042
Merrick Wayne, IL0058
LOEVY & LOEVY
311 North Aberdeen, 3rd Floor
Chicago, IL 60607
312-243-5900
foia@loevy.com

*Counsel for Plaintiff*

BRIAN M. BOYNTON
Acting Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

/s/ *Cody T. Knapp*
CODY T. KNAPP
Trial Attorney (NY Bar No. 5715438)
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, D.C. 20005
Telephone: (202) 532-5663
Fax: (202) 616-8470
E-mail: cody.t.knapp@usdoj.gov

*Counsel for Defendant*