IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATO INSTITUTE,<br><br>*Plaintiff*,<br><br>vs.<br><br>PRIVACY AND CIVIL LIBERTIES OVERSIGHT BOARD,<br><br>*Defendant*. | Case No. 1:21-cv-715-EGS |

## JOINT STATUS REPORT

The parties, by and through their undersigned counsel, respectfully submit the following pursuant to the Court's July 6, 2021 minute order:

This case arises under the Freedom of Information Act (FOIA). Plaintiff, the Cato Institute, submitted the FOIA request at issue to Defendant, the Privacy and Civil Liberties Oversight Board. Plaintiff's FOIA request seeks three categories of records:

1. Any Board reports issued on federal department and agency activities conducted pursuant to Executive Order 12333, as amended;

2. Any correspondence in any form to or from the Board regarding alleged or actual violations of laws, regulations, or executive orders by any federal department or agency under the purview of the Board;

3. Any correspondence in any form to or from the Board regarding refusals by any federal department or agency to provide information requested by the Board pursuant to its statutory oversight mission.

Compl. ¶ 10. In accordance with the Court's July 6, 2021 minute order, Defendant provides the following update regarding the status of Plaintiff's FOIA request:

**Category 1.** Defendant has completed its search for responsive records as to Category 1 and identified one responsive record, which it withheld in full pursuant to FOIA Exemptions 1, 3, and 5.

**Category 2.** Defendant has completed its search for responsive records as to Category 2 and identified approximately 1400 pages of responsive records. Other federal agencies have substantial equities in the responsive records identified under Category 2, and so Defendant is

consulting with those agencies as it determines whether and to what extent the responsive records are exempt from release. Since the Court's July 6, 2021 minute order, Defendant has made significant progress and expects to make a partial production of responsive, non-exempt material under Category 2 to Plaintiff by August 25.

**Category 3.** Defendant has completed its search for responsive records as to Category 3 and identified three responsive records, which it withheld in full pursuant to FOIA Exemptions 5 and 6.

Following the partial production on August 25, approximately 1200 pages of responsive records will remain to be processed under Category 2. Defendant will continue its interagency consultations and process responsive records as quickly as possible, notwithstanding constraints imposed by the ongoing COVID-19 pandemic and transitions among the FOIA staff handling Plaintiff's request.

In light of the foregoing, the parties respectfully propose that they submit a joint status report by September 30, 2021.

Dated: August 16, 2021

| | |
|---|---|
| /s/ *Matthew Topic*<br>Matthew Topic, IL0037<br>Joshua Burday, IL0042<br>Merrick Wayne, IL0058<br>LOEVY & LOEVY<br>311 North Aberdeen, 3rd Floor<br>Chicago, IL 60607<br>312-243-5900<br>foia@loevy.com<br><br>*Counsel for Plaintiff* | Respectfully submitted,<br><br>BRIAN M. BOYNTON<br>Acting Assistant Attorney General<br><br>MARCIA BERMAN<br>Assistant Branch Director<br><br>/s/ *Cody T. Knapp*<br>CODY T. KNAPP<br>Trial Attorney (NY Bar No. 5715438)<br>U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L St. NW<br>Washington, D.C. 20005<br>Telephone: (202) 532-5663<br>Fax: (202) 616-8470<br>E-mail: cody.t.knapp@usdoj.gov<br><br>*Counsel for Defendant* |