IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATO INSTITUTE, <br><br> *Plaintiff*, <br><br> vs. <br><br> PRIVACY AND CIVIL LIBERTIES OVERSIGHT BOARD, <br><br> *Defendant*. | Case No. 1:21-cv-715-EGS |

## JOINT STATUS REPORT

The parties, by and through their undersigned counsel, respectfully submit the following pursuant to the Court's September 7, 2021 minute order:

This case arises under the Freedom of Information Act (FOIA).  Plaintiff, the Cato Institute, submitted the FOIA request at issue to Defendant, the Privacy and Civil Liberties Oversight Board. Plaintiff's FOIA request seeks three categories of records:

1. Any Board reports issued on federal department and agency activities conducted pursuant to Executive Order 12333, as amended;

2. Any correspondence in any form to or from the Board regarding alleged or actual violations of laws, regulations, or executive orders by any federal department or agency under the purview of the Board;

3. Any correspondence in any form to or from the Board regarding refusals by any federal department or agency to provide information requested by the Board pursuant to its statutory oversight mission.

Compl. ¶ 10.

As explained in the parties' August 16, 2021 joint status report, ECF No. 1, Defendant has completed its search for responsive records as to Category 1 and Category 3, and determined that those responsive records may be withheld in full pursuant to FOIA Exemptions 1, 3, 5, and 6. Further, as to Category 2, Defendant has completed its search for responsive records and identified approximately 1,400 pages of potentially responsive records.  Other federal agencies have substantial equities in the records responsive to Category 2, and so Defendant is consulting with

those agencies as it determines whether and to what extent the responsive records are exempt from release.

Since the Court's September 7, 2021 minute order, Defendant has continued to process records responsive to Category 2 and to consult with other federal agencies regarding those records. To date, Defendant has processed 25 responsive records, comprising 205 pages. Of those records, 23 were released in part, and 2 were withheld in full. Defendant estimates that there are approximately 1,200 pages of potentially responsive material to be processed.

Defendant will continue its interagency consultations and processing of responsive records as quickly as possible, notwithstanding constraints imposed by the ongoing COVID-19 pandemic and transitions among the FOIA staff handling Plaintiff's request.

In light of the foregoing, the parties respectfully propose that they submit a joint status report by November 29, 2021.

Dated: September 30, 2021

/s/ Matthew Topic
Matthew Topic, IL0037
Joshua Burday, IL0042
Merrick Wayne, IL0058
LOEVY & LOEVY
311 North Aberdeen, 3rd Floor
Chicago, IL 60607
312-243-5900
foia@loevy.com

*Counsel for Plaintiff*

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

/s/ Cody T. Knapp
CODY T. KNAPP
Trial Attorney (NY Bar No. 5715438)
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, D.C. 20005
Telephone: (202) 532-5663
Fax: (202) 616-8470
E-mail: cody.t.knapp@usdoj.gov

*Counsel for Defendant*