**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **CATO INSTITUTE**,<br><br>Plaintiff,<br><br>v.<br><br>**PRIVACY AND CIVIL LIBERTIES OVERSIGHT BOARD**,<br><br>Defendant. | ) | Case No. 21-cv-715 (JMC) |

## JOINT STATUS REPORT

The parties, by and through their undersigned counsel, respectfully submit the following joint status report pursuant to the Court's June 29, 2022 minute order:

This case arises under the Freedom of Information Act (FOIA). Plaintiff, the Cato Institute, submitted the FOIA request at issue to Defendant, the Privacy and Civil Liberties Oversight Board. Plaintiff's FOIA request seeks three categories of records:

> 1. Any Board reports issued on federal department and agency activities conducted pursuant to Executive Order 12333, as amended;
>
> 2. Any correspondence in any form to or from the Board regarding alleged or actual violations of laws, regulations, or executive orders by any federal department or agency under the purview of the Board;
>
> 3. Any correspondence in any form to or from the Board regarding refusals by any federal department or agency to provide information requested by the Board pursuant to its statutory oversight mission.

Compl. ¶ 10.

The parties have reached a tentative agreement to settle this case, but they require additional time for Defendant to obtain formal approval. The parties will file a further joint status report no later than September 25, 2026, unless a stipulation to dismiss is filed before that date.

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Director
Federal Programs Branch

*/s/ James Bickford*
JAMES BICKFORD
Trial Attorney (N.Y. Bar No. 5163498)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20530
James.Bickford@usdoj.gov
Telephone: (202) 305-7632
Facsimile: (202) 616-8470

*Counsel for Defendant*

and

*/s/ Merrick Wayne*
Matt Topic, D.C. Bar No. IL0037
Merrick Wayne, D.C. Bar No. IL0058
LOEVY & LOEVY
311 North Aberdeen, 3rd Floor
Chicago, IL 60607
(312) 243-5900
foia@loevy.com

Stephen Stich Match, D.C. Bar No. MA0044
LOEVY & LOEVY
222 Sutter Street, Suite 600A
San Francisco, CA 94108
(312) 243-5900
foia@loevy.com

*Attorneys for Plaintiff*

Date: August 24, 2026